U.S. DISTRICT COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Trans #: 10662923
File #:
Index #: CV 5066-08
 Filed: NO   Court Date:  /  /
Mortg #:    FD 6/3/08

HENRY SOTO

Petitioner (s)
Plaintiff (s)

— vs —

THE COUNTY OF WESTCHESTER ET AL

Defendant (s)
Respondent (s)

STEPHEN R. KRAMITZ, LLC
271 MADISON AVE
SUITE 200
NEW YORK, NY 10016

STATE OF NEW YORK: COUNTY OF __NASSAU__: SS:

HOWARD KWASTEL, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 16, XX2008 02:53 PM, at 148 MARTINE AVE, WHITE PLAINS, NY 10601 deponent served the within SUM/VER/COMP/INDEX#&FILE DTE ENDORSED THEREON on THE COUNTY OF WESTCHESTER defendant therein named.

**INDIVIDUAL**
1 ☐ By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☒ By delivering to and leaving with MS. DIXON - MAN. AGENT at 148 MARTINE AVE, WHITE PLAINS, NY 10601, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

**SUITABLE AGE PERSON**
3 ☐ Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____, NY, the said premises being the defendants—respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☐ Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____, _____.

**PREVIOUS ATTEMPTS Use with 4**
6 ☐ Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age 36-50   Approximate weight 161-200   Approximate height 5'4"-5'8"   Sex F
Color of skin BLACK   Color of hair BLACK   Other _____

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 6/23/08

HOWARD KWASTEL, Lic. # 0940927

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28

*Interboro Attorney Service Corporation*
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000

U.S. DISTRICT COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

Trans #: 10662924
File #:
Index #: CV 5066-08
Filed: NO   Court Date:  /  /
Mortg #:   FD 6/3/08

HENRY SOTO

Petitioner(s)
Plaintiff(s)

— vs —

THE COUNTY OF WESTCHESTER ET AL

Defendant(s)
Respondent(s)

STEPHEN R. KRAWITZ, LLC
271 MADISON AVE
SUITE 200
NEW YORK, NY 10016

STATE OF NEW YORK: COUNTY OF _____NASSAU_____ : ss:

HOWARD KWASTEL, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 16, XX2008 02:53 PM, at 148 MARTINE AVE, WHITE PLAINS, NY 10601

deponent served the within SUM/VER/COMP/INDEX#&FILE DTE ENDORSED THEREON on

THE WESTCHESTER COUNTY DEPARTMENT OF CORRECTIONS defendant therein named.

**INDIVIDUAL**
1 ☐

By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION**
2 ☒

By delivering to and leaving with MS. DIXON – MAN. AGENT at 148 MARTINE AVE, WHITE PLAINS, NY 10601, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

**SUITABLE AGE PERSON**
3 ☐

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with _____, a person of suitable age and discretion at _____, NY, the said premises being the defendants – respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

**AFFIXING TO DOOR, ETC.**
4 ☐

By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4**
5 ☐

Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____ , _____.

**PREVIOUS ATTEMPTS Use with 4**
6 ☐

Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:

Approximate age 36-50   Approximate weight 161-200   Approximate height 5'4"–5'8"   Sex F
Color of skin BLACK   Color of hair BLACK   Other _____

☐ Spoke with _____ who confirmed non-military status of defendant.
Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 6/27/08

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28, ____

HOWARD KWASTEL, Lic. # 0940927

09 Interboro Attorney Service Corporation
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000